IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELA CLARKE | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-CV-02594 |
| | § | |
| THE TRAVELERS HOME AND | § | |
| MARINE INSURANCE COMPANY | § | |
| AND DWAYNE GREEN | § | |

## NOTICE OF SETTLEMENT

COME NOW, Angela Clarke, the plaintiff herein, and The Travelers Home and Marine Insurance Company and Dwayne Green, the defendants herein, and, pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit.  The parties request thirty days to file a joint stipulation of dismissal and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of all claims asserted in this lawsuit.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
(713) 655-1405
(713) 655-1587 – facsimile

/s/ David Bergen
David Bergen
State Bar No. 24097371
Southern District Bar No. 2858355
dbergen@dalyblack.com

ATTORNEYS FOR PLAINTIFF
ANGELA CLARKE



ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile


/s/ Greg C. Wilkins
Greg C. Wilkins
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR DEFENDANTS
THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY
AND DWAYNE GREEN

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on the 17th of July, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

                                          /s/ Greg C. Wilkins
                                          Greg C. Wilkins