IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANGELA CLARKE § | |
| § | |
| V. § | CIVIL ACTION NO. 4:16-CV-2594 |
| § | |
| THE TRAVELERS HOME AND MARINE § | |
| INSURANCE COMPANY AND § | |
| DWAYNE GREEN | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Angela Clarke, the plaintiff herein, and The Travelers Home and Marine Insurance Company and Dwayne Green, the defendants herein, and stipulate to the dismissal of all claims asserted in this lawsuit with prejudice to the re-filing of same. By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit shall be dismissed with prejudice to the re-filing of same. This stipulation of dismissal is signed by counsel for all parties who have appeared in this lawsuit.

Respectfully submitted,

DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
(713) 655-1405
(713) 655-1587 – facsimile

_/s/ R. D. D._____
David Bergen
State Bar No. 24097371
Southern District Bar No. 2858355
dbergen@dalyblack.com

ATTORNEYS FOR PLAINTIFF
ANGELA CLARKE

ORGAIN BELL & TUCKER, LLP

P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

/s/ Greg C. Wilkins
Greg C. Wilkins
Attorney-in-charge
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR DEFENDANTS,
THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY
AND DWAYNE GREEN

## CERTIFICATE OF SERVICE

I do hereby certify that on the 14th day of August, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

/s/ Greg C. Wilkins